IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED FIRE AND CASUALTY COMPANY,
an Iowa corporation,

    Plaintiff,

v.                                                        Civil Action No. 1:17-cv-1108 KG/JHR

CASKEY DRYWALL NM LLC, a Texas limited
Liability company; CENTEX CONSTRUCTION OF
NEW MEXICO, LLC, a Delaware limited liability
company; CENTEX HOMES, a Nevada general
partnership; CENTEX REAL ESTATE CORPORATION,
a Nevada corporation; PULTE DEVELOPMENT
NEW MEXICO, INC., a Michigan corporation;
THE PRESIDIO CONDOMINIUM ASSOCIATION,
INC., a New Mexico nonprofit corporation; and
THE PRESIDIO HOMEOWNER ASSOCIATION, INC.,
a New Mexico nonprofit corporation,

    Defendants.

---

CENTEX HOMES, a Nevada general partnership;
CENTEX CONSTRUCTION OF NEW MEXICO,
LLC, a Delaware limited liability company; CENTEX
REAL ESTATE CORPORATION, a Nevada
corporation; and PULTE DEVELOPMENT NEW
MEXICO, INC., a Michigan corporation,

    Counter-Claimants,

v.

UNITED FIRE AND CASUALTY COMPANY,
an Iowa corporation,

    Counter-Defendant.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL
## OF CLAIMS AND COUNTERCLAIMS

This matter comes before the Court on the joint motion of Plaintiff and Counter-Defendant United Fire and Casualty Company ("United Fire"), Defendants and Counter-Claimants Centex Homes, Centex Construction of New Mexico, LLC, Centex Real Estate Corporation, and Pulte Development New Mexico, Inc. (individually and collectively "Centex"), and Defendants The Presidio Condominium Association, Inc. and The Presidio Homeowner Association, Inc. (individually and collectively "Presidio"), for dismissal of claims and counterclaims in this case. The parties represent they have entered a settlement agreement that resolves the matters at issue in this case. Accordingly, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the claims and counterclaims in this case are dismissed as follows:

(1) All claims and counterclaims that were or could have been brought by United Fire and Casualty Company, Centex Homes, Centex Construction of New Mexico, LLC, Centex Real Estate Corporation, and Pulte Development New Mexico, Inc., related to the subject matter of this suit, are dismissed with prejudice, with the parties to bear their own attorneys' fees and costs; and

(2) All claims by United Fire and Casualty Company against The Presidio Condominium Association, Inc. and The Presidio Homeowner Association, Inc. are dismissed without prejudice, with the parties to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

*Approved by:*

*/s/ M. Eliza Stewart*
MADISON, MROZ, STEINMAN &
DEKLEVA, P.A.
M. Eliza Stewart
P.O. Box 25467
Albuquerque, NM 87125-5164
Telephone: (505) 242-2177
Fax: (505) 242-7184
Email: mes@madisonlaw.com
*Counsel for United Fire and Casualty Company*


*Approved via Email dated 1/14/19*
CRADDOCK DAVIS & KRAUSE, LLP
Michael J. Craddock
Heather N. Blumberg
3100 Monticello Avenue, Suite 550
Dallas, TX 75205
Telephone: (214) 750-3550
Fax: (214) 750-3551
Email: mcraddock@cdklawfirm.com
Email: hblumberg@cdklawfirm.com
*Counsel for Centex Construction of New Mexico, LLC,
Centex Homes, Centex Real Estate Corporation, and
Pulte Development New Mexico, Inc.*


*Approved via Email dated 1/15/19*
KASDAN LIPPSMITH WEBER TURNER LLP
A. Brent Bailey
6301 Indian School Road NE, Suite 710
Albuquerque, NM 87110
Telephone: (505) 219-4204
Fax: (505) 219-4205
Email: bbailey@kasdancdlaw.com
*Counsel for The Presidio Condominium Association, Inc.
and The Presidio Homeowner Association, Inc.*